# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



## HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. 97-6766   Date: 11/12/99

2. Style: Laker v. British Airways

3. Plaintiff's Counsel: Dwight Sullivan (Laker Airways)

4. Defendant's Counsel: _____

5. Type of Proceeding: Hearing on _____ Appeal Decision

6. Result of hearing:   Motion Granted ☐   Motion Denied ☐

7. Case Continued to: _____ Trial Set for _____

8. Does the case require mediation? _____

Notes: British Airways objects to Laker filing an amended complaint pursuant to license settlement. Since Laker is no longer in business Motion to Dismiss is pending pursuant to mediation agreement.

Law Clerk: Derek Lewis

Courtroom Deputy: Troy Walker

Courtroom Reporter: Paul Haferling

