IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6766-CIV-FERGUSON
MAGISTRATE JUDGE SNOW

LAKER AIRWAYS INC.

    Plaintiff,

v.

**NOTICE OF VOLUNTARY DISMISSAL**

BRITISH AIRWAYS PLC.,

    Defendant.

_____/

Laker Airways Inc., plaintiff, pursuant to Rule 41 (a) (1) (i), Fed. R.Civ. P., files this its

Notice of Voluntary Dismissal without prejudice.

Respectfully submitted,

BODE & BECKMAN, L.L.P.
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036-4192
Tel: (202) 828-4100

Dwight Sullivan, Esq.
14 N.E. 1st Ave., Ste. 1205
Miami, Florida 33132
Tel: (305) 358-5544

Attorneys for Plaintiff

By: _____
Dwight Sullivan
Florida Bar No. 079214

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY a true and correct copy of the foregoing was mailed October _19_, 2000, to Richard G. Garrett, Esq. and Mark A. Salky, Esq., Greenberg Traurig Hoffman Lipoff Rosen & Quental, 1221 Brickell Avenue., Miami, FL 33131 and to Daryl A. Libow, Esq., Sullivan & Cromwell, 1701 Pennsylvania Avenue, N.W., Washington, D.C. 20006

_____
Dwight Sullivan